UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

      Plaintiffs,

v.

DEPARTMENT OF DEFENSE, *et al.*,

      Defendants.

No. 08-cv-1003 (RJL)

**NOTICE OF SERVICE OF CASE MANAGEMENT ORDER**

    In accordance with the direction of the Case Management Order [#2] entered in this action, I hereby certify that I served each of the defendants with a copy of that order (and a copy of this Notice), by first-class mail, postage prepaid, this 25th day of June, 2008, to wit:

    UNITED STATES DEPARTMENT OF DEFENSE
    1000 Defense Pentagon
    Washington, D.C. 20301-1000

    UNITED STATES DEPARTMENT OF JUSTICE
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530

    FEDERAL BUREAU OF INVESTIGATION
    935 Pennsylvania Avenue, N.W.
    Washington, D.C. 20535

    UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA
    555 4th Street, N.W.
    Washington, DC 20001

                /s/ *Arthur B. Spitzer*
                _____
                Arthur B. Spitzer (D.C. Bar. No. 235960)
                American Civil Liberties Union
                  of the National Capital Area
                1400 20th Street, N.W., Suite 119
                Washington, D.C. 20036
                Tel: (202) 457-0800
                Fax: (202) 452-1868

                One of counsel for Plaintiffs