UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, *et al,*<br><br>  Defendants. | No. 08-cv-1003 (RJL) |

**DECLARATION OF SERVICE OF PROCESS**

I, Arthur B. Spitzer, hereby depose and state:

1. I am over 18 years of age and am not a party to the above captioned action.

2. I served the defendant U.S. Department of Defense with a copy of the summons and complaint in the above-captioned action by mailing a copy to it by certified mail (No. 7099 3220 0006 4229 3781) at 1000 Defense Pentagon, Washington, D.C. 20310, on June 12, 2008. The Postal Service return receipt, attached hereto, fails to reflect a date of delivery, but the USPS website "Track & Confirm" service, also attached hereto, shows that it was received on June 17, 2008.

3. I served the defendant U.S. Department of Justice with a copy of the summons and complaint in the above-captioned action by mailing a copy to it by certified mail (No. 7099 3220 0006 4229 3743) at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, on June 12, 2008. The Postal Service return receipt, attached hereto, shows that it was received on June 16, 2008.

4. I served the defendant Federal Bureau of Investigation with a copy of the summons and complaint in the above-captioned action by mailing a copy to it by certified mail (No. 7099 3400 0007 4971 3759) at 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535, on June 12, 2008.  The return receipt has not yet been received, but the USPS website "Track & Confirm" service, attached hereto, shows that it was received on June 17, 2008.

5. I served the Attorney General of the United States with a copy of the summons and complaint in the above-captioned action by mailing a copy to him by certified mail (No. 7099 3220 0006 4229 3774) at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, on June 12, 2008.  The Postal Service return receipt, attached hereto, shows that it was received on June 16, 2008.

6. I served the United States Attorney for the District of Columbia with a copy of the summons and complaint in the above-captioned action by mailing a copy to him by certified mail (No. 7099 3220 0006 4229 3767) at 555 4th Street, N.W., Washington, D.C. 20001, on June 12, 2008.  The Postal Service return receipt, attached hereto, shows that it was received on June 19, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of July, 2008.

/s/ *Arthur B. Spitzer*

_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

Counsel for Plaintiffs

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>I 6 7 |
| 1. Article Addressed to:<br><br>U.S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label)  7099 3220 0006 4229 3743 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Department of Defense<br>1000 Defense Pentagon<br>Washington DC 20301-1000 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label)  7099 3220 0006 4229 3781 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  JUN 16  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Attorney General of the<br>  United States<br>Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☑ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label)  7099 3220 0006 4229 3774 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  JUN 19 2008  C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States Attorney for<br>  the District of Columbia<br>555 4th Street, NW<br>Washington DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☑ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label)  7099 3220 0006 4229 3767 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7099 3220 0006 4229 3781**
Status: **Delivered**

Your item was delivered at 7:16 AM on June 17, 2008 in WASHINGTON, DC 20310.

[ Additional Details > ]  [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  [ Go > ]

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA   



Home | Help | Sign In

**Track & Confirm**   **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **7099 3400 0007 4971 3759**
Detailed Results:

- **Delivered, June 17, 2008, 4:42 am, WASHINGTON, DC 20535**
- **Notice Left, June 16, 2008, 10:24 am, WASHINGTON, DC 20535**
- **Arrival at Unit, June 16, 2008, 9:59 am, WASHINGTON, DC 20022**
- **Acceptance, June 12, 2008, 4:04 pm, WASHINGTON, DC 20036**

**Track & Confirm**

Enter Label/Receipt Number.

        

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA