IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, and<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE.<br>DEPARTMENT OF JUSTICE, and<br>FEDERAL BUREAU OF INVESTIGATION<br><br>Defendants. | No. 1:08-cv-01003-RJL |

## JOINT STATUS REPORT

On April 13, 2010, this Court issued an order requiring the parties to submit a joint report and proposed scheduling order setting forth a timetable for resolving this case. Pursuant to that order, the parties have conferred and state the following:

1.  <u>Background</u> This action stems from the plaintiffs' requests to the Department of Defense ("DoD"), the Department of Justice ("DOJ"), and the Federal Bureau of Investigation pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, <u>et seq.</u> In the requests, plaintiffs originally sought "all records relating to the Office of the Inspector General ('OIG')'s investigation into the involvement of the Federal Bureau of Investigation ('FBI') in the interrogation of detainees held in Iraq, Afghanistan, and Guantanamo Bay, Cuba ('Guantanamo Bay')." In response to the request, the defendants have been processing the following categories of documents: (1) documents provided by FBI to the OIG prior to the investigation; (2) responses by FBI employees to a survey sent out by the OIG; (3) records provided by the FBI, DoD, and the

DOJ's Criminal Division to the OIG during the investigation and considered or cited in drafting the report; and (4) CaseMap database summaries of OIG interviews; (5) the transcript of the OIG interview with the Director of the FBI; (6) a digital recording of an interview with a former detainee; and (7) material redacted from the public version of the OIG report.[1]

2. <u>Status of Defendants' Production of New Records</u>  Defendants have completed processing on the following six categories of documents:

a. <u>FBI documents provided to OIG prior to the investigation</u>  Defendants have completed the processing of this category, which consisted of approximately 2,523 pages. Based on its review, the FBI determined that approximately 1,400 of those pages were previously produced to plaintiff in whole or in part in <u>ACLU v. DOD</u>, No. 04-Civ-4151 (S.D.N.Y.), and thus were excluded by plaintiffs' narrowed request. Of the remaining, the FBI produced 804 pages in whole or in part on April 24, 2009, and 302 pages in whole or in part on May 19, 2009. The remaining pages were referred to other agencies either because they contained information from another agency or were documents which originated with another agency. All of those agencies completed their review on or before October 30, 2009.[2]

---

[1] Plaintiffs agreed to exclude any records which had been produced or identified in plaintiffs' FOIA case in the Southern District of New York, <u>ACLU v. DOD</u>, No. 04-Civ-4151 (S.D.N.Y.),

[2] Letter from David Hardy to Alex Abdo, dated August 24, 2009 (6 pages withheld after consultation with the CIA); Letter to Alex Abdo from David Hardy, dated October 30, 2009 (9 pages produced in whole or in part after consultation with the Marines); Letter to Jameel Jaffer from Phillip J. McGuire, Director Crime Records Center (7 pages withheld in part by U.S. Army Criminal Investigation Command); Letter to Jameel Jaffer from Russell Leavitt, Associate Deputy General Counsel, Department of Defense, dated October 30, 2009) (withholding 15 pages in part); Letter to Jameel Jaffer from Shaka Thorne, Lt, JAGC, United States Navy (2 pages withheld in part).

2

b. <u>Responses by FBI employees to OIG survey</u>  The FBI completed processing of this category, which consisted of 315 responses totaling 6,116 pages, on October 2, 2009. It released all of the pages in whole or in part.[3]

c. <u>Material redacted from the public version of the OIG report</u>  When the OIG released its public version of its report in May 2008, some information had been redacted because it was classified. The CIA, the DOD and the FBI have subsequently reviewed the report and determined that some of the redacted information had been declassified after the May 2008 release. Defendants provided plaintiff with a report reflecting this declassification on October 30, 2009. Letter to Jameel Jaffer from Gail A. Robinson, General Counsel, OIG.

d. <u>Transcript of the OIG interview with the Director of the FBI</u>  Defendants completed their review and produced this 61-page transcript to plaintiffs with redactions on February 25, 2010. Letter to Jameel Jaffer from Gail Robinson, General Counsel, OIG.

e. <u>Documents provided by the DOD during the OIG investigation and considered or cited in drafting its report</u>  The OIG identified seven documents which had been provided by DOD: (1) Taguba report; (2) Jones-Fay-Kern report; (3) Schlesinger report; (4) Church report; (5) Schmidt-Furlow report; (6) Department of Defense Directive 3115.09; and (7) a one page memorandum prepared by the U.S. Naval Criminal Investigation Service. The first six documents had previously been made public by the DOD and were available on the website. On April 8, 2009, the DOD provided plaintiff with a redacted copy of the one page memorandum.

---

[3] Letter to Nahal Zamani from David Hardy dated April 3, 2009 (1037 pages); letter dated May 1, 2009 (843 pages); letter dated June 3, 2009 (847 pages); letter to Alex Abdo dated July 2, 2009 (977 pages); letter dated August 3, 2009 (1009 pages); letter dated August 24, 2009 (872 pages); letter dated October 2, 2009 (531 pages).

f. <u>Documents provided by the Criminal Division during the OIG investigation and considered or cited in its report</u>   The defendants completed its processing of this category, which consisted of 398 pages, on October 30, 2009, releasing seventeen documents in whole or in part and withholding five documents.[4]

3.   <u>Status of Defendants' Processing of the Remaining Records</u>   Defendants are still completing processing of three categories of documents.

a. <u>Documents provided by the FBI to OIG during its investigations and considered or cited in drafting its report</u>   The FBI has completed processing of approximately 2,658 pages: (1) producing approximately 1016 pages in whole or in part; (2) withholding approximately 301 pages in full; and (3) explaining that approximately 1,341 pages had been previously produced or identified in plaintiffs' prior FOIA case. Letters to Alex Abdo from David Hardy dated October 2, 2009; October 30, 2009; December 18, 2009; January 15, 2010; March 15, 2010; April 15, 2010. The FBI has approximately 2,629 pages which remain to be processed. Of these remaining pages, approximately 1,353 pages that are still under review by the FBI, and approximately 1,276 pages have been referred to other agencies or other DOJ components for review or consultation because the records either originated with the other entity or contain information from that entity. The FBI estimates that most of the pages which it is

---

[4] Letter to Jameel Jaffer from Richard Rogers, Senior Counsel, Criminal Division, dated August 24, 2009 (releasing six documents in part and withheld one draft document which originated with the National Security Council); letter to Jameel Jaffer from Richard Rogers dated October 30, 2009 (withholding two documents and releasing nine documents in part which contained information provided by the CIA); letter to Alex Abdo from David Hardy, dated August 12, 2009 (enclosing one page with redactions); letter to Jameel Jaffer from Paul P. Colborn, Special Counsel, Office of Legal Counsel (letter enclosing one memorandum and withholding two draft documents from Office of Legal Counsel).

currently reviewing will also need to be referred to other agencies or other DOJ components. The FBI expects to complete its processing of remaining pages in this category (including referrals) pages by August 31, 2010.

      b. CaseMap Database summaries   This category consists of printouts of approximately 250 separate interviews (1,819 pages). Of these pages, the OIG referred 444 pages to the CIA because, based on classification decisions made by the CIA, they contain information which is classified at TOP SECRET and/or SCI level. The remaining pages were referred to the DOD and the FBI for review. The CIA completed its review of the 444 pages and those pages must now be reviewed by the FBI and the DOD. Defendants expect to start making periodic production of these summaries starting in May 2010, and estimate that production will be completed by July 30, 2010.

      c. Digital Recording of Former Detainee: Defendants have completed an initial review of this recording and have determined that additional interagency consultation is required. Defendants expect this can be done during the months of May and June, and that production can take place prior to the final date for the remaining categories.

      4. Proposed Timetable for Resolving the Case   Based upon the current status of the processing, and without waiving their right to seek additional time if needed, defendants agree (1) to complete processing of the CaseMap database summaries by July 30, 2010, and (2) to complete processing of the two remaining categories by August 31, 2010. The parties believe that, following completion of processing of the documents by defendants, it may be possible to narrow the scope of the remaining issues in dispute. The parties, therefore, propose that after defendants complete their processing, they confer about possibly narrowing the scope of the

issues in dispute and a briefing schedule for dispositive motions. Based on those discussions, the parties would then file a joint report setting forth a proposed briefing schedule by September 21, 2010 (3 weeks after the production is complete). With respect to the pages which have already been processed, plaintiffs will begin to identify those pages which they wish to contest. A proposed scheduling order is attached.

                                                                                Respectfully submitted,

                                                                                TONY WEST
Acting Assistant Attorney General

| | |
|---|---|
| s/Jameel Jaffer | RONALD C. MACHEN |
| JAMEEL JAFFER | United States Attorney |
| American Civil Liberties Union Foundation | |
| 125 Broad Street | JOHN TYLER |
| New York, New York 10004 | Assistant Branch Director |
| Tel: (212) 549-2500 | |
| Fax: (212) 549-2583 | s/Marcia K. Sowles |
| | MARCIA K. SOWLES, |
| s/Arthur B. Spitzer | DC Bar No. 369455 |
| ARTHUR B. SPITZER | Senior Counsel |
| DC Bar No. 235960 | United States Department of Justice |
| American Civil Liberties Union | Civil Division, Federal Programs Branch |
| of the National Capital Area | 20 Massachusetts Avenue N.W.  Room 7108 |
| 1400 20th St., N.W., Suite 119 | Washington, D.C.  20530 |
| Washington, D.C.  20036 | Tel.: (202) 514- 4960 |
| Tel: (202) 457-0800 | Fax: (202) 616- 8470 |
| Fax (202) 452-1868 | E-mail:  marcia.sowles@usdoj.gov |
| E-mail: artspitzer@aol.com | |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant |