IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, DEPARTMENT OF JUSTICE, and FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendants. | No. 1:08-CV-1003-RJL |

## ORDER

Upon consideration of plaintiffs' response to this Court's January 24, 2012, order to show cause why this action should not be dismissed for failure to prosecute, it is hereby

ORDERED that the order to show cause is hereby discharged; and it is further

ORDERED that the defendants shall complete their processing of plaintiffs' FOIA request within fourteen days of the date of this Order; and it is further

ORDERED that the parties shall thereafter confer and report to the Court within thirty days whether plaintiffs will challenge any of the defendants' decisions to withhold requested records. If so, the parties shall submit a proposed schedule for briefing cross-motions for summary judgment.

Dated: 1/31/12

_____
Richard J. Leon
United States District Judge