IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:08-cv-01003-RJL |
| DEPARTMENT OF DEFENSE, DEPARTMENT OF JUSTICE, and FEDERAL BUREAU OF INVESTIGATION, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF FILING**

Defendants hereby file notice that on February 14, 2012, William M. Blier, General Counsel of Department of Justice's Office of Inspector General ("OIG"), sent a letter to plaintiffs' counsel enclosing redacted copies of the digital recording of an OIG interview of Moazzem Begg, a former detainee, and the corresponding CaseMap summary of that interview. The redactions were made pursuant to 5 U.S.C. §§ 552(b)(6) and (b)(7)(C).  This completes the processing and production for plaintiffs' Freedom Information Act request in this case.

Respectfully submitted

TONY WEST
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES,
DC Bar No. 369455
Senior Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7114
Washington, D.C.  20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendants